| | |
|---|---|
| **From:** | InboxLGLCopyright |
| **Sent:** | Wednesday, January 31, 2018 10:07 AM |
| **To:** | 'ip@instagram.com' |
| **Subject:** | 1st Notice of Infringement by Instagram User: JW_Kevin |

Dear Sir/Madam:

I represent Watch Tower Bible and Tract Society of Pennsylvania ("Watch Tower"). It has come to our attention that you are reproducing and distributing Watch Tower's intellectual property illegally and without authorization.

Below is the information needed for you to identify the unauthorized display of Watch Tower's intellectual property.

**Link to Infringing Post:** https://www.instagram.com/p/BL0KTB0AP6n/

**Description of allegedly infringed work:** My company, organization or client's artwork

**Link to Lawful Display of Material(s) on Watch Tower's site:**
https://www.jw.org/en/publications/books/return-to-jehovah/

The material(s) from which the artwork was taken include copyright notice(s) indicating Watch Tower's ownership of the material(s).

We hereby request that you take all steps necessary to immediately remove the infringing materials from your website. Advise us in writing within ten (10) days of the date of this letter whether or not you will take the requested action.

I have a good faith belief that use of the materials in the manner complained of is not authorized by the copyright owner, its agent, or the law.

I hereby state under penalty of perjury that this information is accurate, and that I am authorized to act on behalf of the owner of the infringed materials.

Sincerely,

*Philip Brumley*

Philip Brumley
General Counsel


**Intellectual Property Owner:**  Watch Tower Bible and Tract Society of Pennsylvania
**Company:**  Watch Tower Bible and Tract Society of Pennsylvania
**Address:**  100 Watchtower Drive
**City, State, and Zip:**  Patterson, NY 12563
**Name and Title:**  Philip Brumley, General Counsel
**Attorney Address:**  100 Watchtower Drive, Patterson, NY 12563
**Email Address**:  InboxLGLCopyright@jw.org
**Telephone:**  845-306-1000

| | |
|---|---|
| **From:** | InboxLGLCopyright |
| **Sent:** | Wednesday, January 31, 2018 10:16 AM |
| **To:** | 'ip@instagram.com' |
| **Subject:** | 2nd Notice of Infringement by Instagram User: JW_Kevin |

Dear Sir/Madam:

I represent Watch Tower Bible and Tract Society of Pennsylvania ("Watch Tower"). It has come to our attention that you are reproducing and distributing Watch Tower's intellectual property illegally and without authorization.

Below is the information needed for you to identify the unauthorized display of Watch Tower's intellectual property.

**Link to Infringing Post:** https://www.instagram.com/p/BGIcpgBIx8-/

**Description of allegedly infringed work:** My company, organization or client's artwork

**Link to Lawful Display of Material(s) on Watch Tower's site:** Not available.

The material(s) from which the artwork was taken include copyright notice(s) indicating Watch Tower's ownership of the material(s).

We hereby request that you take all steps necessary to immediately remove the infringing materials from your website. Advise us in writing within ten (10) days of the date of this letter whether or not you will take the requested action.

I have a good faith belief that use of the materials in the manner complained of is not authorized by the copyright owner, its agent, or the law.

I hereby state under penalty of perjury that this information is accurate, and that I am authorized to act on behalf of the owner of the infringed materials.

Sincerely,

*Philip Brumley*

Philip Brumley
General Counsel


**Intellectual Property Owner:**  Watch Tower Bible and Tract Society of Pennsylvania
**Company:**  Watch Tower Bible and Tract Society of Pennsylvania
**Address:**  100 Watchtower Drive
**City, State, and Zip:**  Patterson, NY 12563
**Name and Title:**  Philip Brumley, General Counsel
**Attorney Address:**  100 Watchtower Drive, Patterson, NY 12563
**Email Address**:  InboxLGLCopyright@jw.org
**Telephone:**  845-306-1000

| | |
|---|---|
| **From:** | InboxLGLCopyright |
| **Sent:** | Wednesday, January 31, 2018 10:21 AM |
| **To:** | 'ip@instagram.com' |
| **Subject:** | 3rd Notice of Infringement by Instagram User: JW_Kevin |

Dear Sir/Madam:

I represent Watch Tower Bible and Tract Society of Pennsylvania ("Watch Tower"). It has come to our attention that you are reproducing and distributing Watch Tower's intellectual property illegally and without authorization.

Below is the information needed for you to identify the unauthorized display of Watch Tower's intellectual property.

**Link to Infringing Post:** https://www.instagram.com/p/BGLbp-eIxy1/

**Description of allegedly infringed work:** My company, organization or client's artwork

**Link to Lawful Display of Material(s) on Watch Tower's site:**
https://www.jw.org/en/publications/books/bible-stories/1/the-great-flood/

The material(s) from which the artwork was taken include copyright notice(s) indicating Watch Tower's ownership of the material(s).

We hereby request that you take all steps necessary to immediately remove the infringing materials from your website. Advise us in writing within ten (10) days of the date of this letter whether or not you will take the requested action.

I have a good faith belief that use of the materials in the manner complained of is not authorized by the copyright owner, its agent, or the law.

I hereby state under penalty of perjury that this information is accurate, and that I am authorized to act on behalf of the owner of the infringed materials.

Sincerely,

*Philip Brumley*

Philip Brumley
General Counsel


**Intellectual Property Owner:** Watch Tower Bible and Tract Society of Pennsylvania
**Company:** Watch Tower Bible and Tract Society of Pennsylvania
**Address:** 100 Watchtower Drive
**City, State, and Zip:** Patterson, NY 12563
**Name and Title:** Philip Brumley, General Counsel
**Attorney Address:** 100 Watchtower Drive, Patterson, NY 12563
**Email Address**: InboxLGLCopyright@jw.org
**Telephone:** 845-306-1000

| | |
|---|---|
| **From:** | InboxLGLCopyright |
| **Sent:** | Wednesday, January 31, 2018 10:26 AM |
| **To:** | 'ip@instagram.com' |
| **Subject:** | 4th Notice of Infringement by Instagram User: JW_Kevin |

Dear Sir/Madam:

I represent Watch Tower Bible and Tract Society of Pennsylvania ("Watch Tower"). It has come to our attention that you are reproducing and distributing Watch Tower's intellectual property illegally and without authorization.

Below is the information needed for you to identify the unauthorized display of Watch Tower's intellectual property.

**Link to Infringing Post:** https://www.instagram.com/p/BdENd1enz99/

**Description of allegedly infringed work:** My company, organization or client's artwork

**Link to Lawful Display of Material(s) on Watch Tower's site:** https://www.jw.org/en/publications/jw-meeting-workbook/april-2016-mwb/meeting-schedule-apr25-may1/2016-jw-convention-invitation-campaign/

The material(s) from which the artwork was taken include copyright notice(s) indicating Watch Tower's ownership of the material(s).

We hereby request that you take all steps necessary to immediately remove the infringing materials from your website. Advise us in writing within ten (10) days of the date of this letter whether or not you will take the requested action.

I have a good faith belief that use of the materials in the manner complained of is not authorized by the copyright owner, its agent, or the law.

I hereby state under penalty of perjury that this information is accurate, and that I am authorized to act on behalf of the owner of the infringed materials.

Sincerely,

*Philip Brumley*

Philip Brumley
General Counsel

**Intellectual Property Owner:**  Watch Tower Bible and Tract Society of Pennsylvania
**Company:**  Watch Tower Bible and Tract Society of Pennsylvania
**Address:**  100 Watchtower Drive
**City, State, and Zip:**  Patterson, NY 12563
**Name and Title:**  Philip Brumley, General Counsel
**Attorney Address:**  100 Watchtower Drive, Patterson, NY 12563
**Email Address**:  InboxLGLCopyright@jw.org
**Telephone:**  845-306-1000