USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE DMCA SUBPOENA
TO FACEBOOK, INC.

No. 18 Misc. 362 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

By *ex parte* application dated August 6, 2018, Movant Watch Tower Bible and Tract Society of Pennsylvania asked this Court to sign a subpoena directing Facebook, Inc. to produce the identity of entities or persons believed to be infringing on Movant's copyright. (ECF No. 1.) This Court granted Movant's application and issued the requested subpoena by order dated August 21, 2018. (ECF No. 4.)

Accordingly, the case is closed, and the Clerk of Court is kindly directed to terminate the case.

SO ORDERED.

Dated: January 25, 2023
White Plains, New York

NELSON S. ROMÁN
United States District Judge